JOHN S. LEONARDO
United States Attorney
District of Arizona
RAYMOND K. WOO
Arizona State Bar No. 023050
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona   85004
Telephone:   602-514-7500
Email: raymond.woo@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-12-01263-PHX-NVW |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| Ahmed Alahmedalabdaloklah, | |
| Defendant. | |

PLEASE TAKE NOTICE that Raymond K. Woo, Assistant United States Attorney for the District of Arizona, is representing the government as co-counsel in the above-captioned matter.

Dated this 23rd day of September, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

_____/s/_____
RAYMOND K. WOO
Assistant U.S. Attorney

1

2

## CERTIFICATE OF SERVICE

3          I hereby certify that on September 23, 2014, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
Notice of Electronic Filing to the following CM/ECF registrants:

4

5     Deborah Lynn Williams, Attorney for Defendant

6     RKW/ceb

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28