JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

ELIZABETH KRUSCHEK, #025081
Asst. Federal Public Defender
Attorney for Defendant
elizabeth_kruschek@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Ahmed Alahmedalabdaloklah,<br><br>            Defendant. | No. CR-12-01263-PHX-NVW<br><br>**NOTICE OF APPEARANCE<br>AS CO-COUNSEL** |

Undersigned counsel hereby gives Notice that she will be representing the defendant as co-counsel in the above captioned matter.

Respectfully submitted: October 6, 2014.

JON M. SANDS
Federal Public Defender


*s/Elizabeth Kruschek*
ELIZABETH KRUSCHEK
Asst. Federal Public Defender

I hereby certify that on October 6, 2014, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal to the following ECF registrants:

**CLERK'S OFFICE**
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

**DAVID PIMSNER**
**RAYMOND K. WOO**
Assistant U.S. Attorneys
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

**JOSEPH N. KASTER**
Trial Attorney, National Security Division,
Counterterrorism Section
U.S. Dept. of Justice
10th & Constitution Ave., N.W., Ste. 2649
Washington, D.C. 20530

Copy mailed to:

Ahmed Alahmedalabdaloklah
Defendant

*s/E. Kruschek / ny*
E. Kruschek / ny