# UNITED STATE DISTRICT COURT
## DISTRICT OF ARIZONA

### WITNESS LIST --- CRIMINAL

FILED ☒   LODGED ___
RECEIVED ___   COPY ___

MAR 16 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☐ Motion to Suppress          ☐ Non-Jury Trial          ☒ Jury Trial

USA vs. Alahmedalabdaloklah, Ahmed
Last, First, Middle Initial

CR- 12-1263-PHX-NVW
Year-Case No-Deft No-Judge

☒ GOVERNMENT          ☐ DEFENDANT

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 1. | Al-Dhari, Jamal (video deposition) | G | | 1/31/18 |
| 2. | Aleman, Bob | G | 2/13/18 & 2/21/18 | 2/13/18 & 2/20/18 2/21/18 |
| 3. | Al-Zobai, Muhammad Husayn (Video Depo) | G | | 2/27/18 |
| 4. | Barker, Nancy | G | | |
| 5. | Beller, James Donald | G | | |
| 6. | Bogad, Tamiko | G | 2/2/18 | 2/2/18 & 2/6/18 |
| 7. | Caine, Debora | G | | |
| 8. | Court Appointed Translator Mohamed Ali | G/D | 2/27/18 | 2/27/18 |
| 9. | Custodian of Records – Google (TBI) | G | | |
| 10. | Custodian of Records – Yahoo (TBI) Mireille Delbecq | G | 2/23/18 | 2/23/18 |
| 11. | Dahdal, Rimon | G | | |
| 12. | Davenport, Gayle P. | G | | |
| 13. | Demarcus, Glen Alvin | G | | |
| 14. | Dula, Richard Allen | G | | |
| 15. | English, Andy | G | | |
| 16. | Evans, Jeffrey | G | 2/23/18 | 2/23/18 & 2/27/18 |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 17. | Felipe, Tina | G | | |
| 18. | Gaston, Daniel | G | | |
| 19. | Graham, Christopher | G | 2/8/18 | 2/8/18, 2/9/18, 2/10/18, 2/13/18 |
| 20. | Graulau, Hilda | G | | |
| 21. | Green, Joseph | G | | |
| 22. | Harris, Rosa | G | | |
| 23. | Hasenkamp, Andy L. | G | | |
| 24. | Hickey, Thomas | G | 2/22/18 | 2/22/18 |
| 25. | Huff, William | G | 2/1/18 | 2/1/18 |
| 26. | Johnson, Andrea | G | | |
| 27. | Kilcullen, Dr. David J. | G | 2/23/18 | 2/23/18 |
| 28. | Kirkland, Mollie Marie | G | | |
| 29. | Kohlmann, Evan | G | | |
| 30. | LeMonde, J. Andre | G | | |
| 31. | Lien, Daniel | G | 2/20/18 2/22/18 | 2/20/18 2/21/18 2/22/18 |
| 32. | Loar, Joseph Andrew | G | | |
| 33. | Luhowy, Steven John Joseph | G | 2/6/18 | 2/6/18 + 2/7/18 & 2/8/18 |
| 34. | Malloy, Steve | G | 2/22/18 | 2/22/18 & 2/23/18 |
| 35. | McCarthy, Dina | G | 2/28/18 | 2/28/18 |
| 36. | Mullin, Geoff | G | 2/1/18 | 2/1/18 |
| 37. | Mum, Sam | G | | |
| 38. | Newton, Rachel | G | | |
| 39. | Otter, Elaine | G | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 40. | Peterson, Randall | G | 2/21/18 | 2/21/18 & 2/22/18 |
| 41. | Pinkerton, Col. Kurt | G | 1/31/18 | 1/31/18 |
| 42. | Reede, Neil | G | | |
| 43. | Roberts, Donna J. | G | | |
| 44. | Rodriguez, Hector | G | | |
| 45. | Rose, Thomas | G | | |
| 46. | Shramovich, III, Joseph P. | G | | |
| 47. | Siefert, Donald C. | G | | |
| 48. | Spence, Alfredia L. | G | | |
| 49. | Stachowski, Rafael Henryk | G | | |
| 50. | Trunzo, Susan K. | G | | |
| 51. | Wilson, Todd | G | 2/1/18 | 2/1/18 |
| 52. | Zibari, Kakil (Kevin) | G | | |
| 53. | | | | |
| 54. | | | | |
| 55. | | | | |
| 56. | | | | |
| 57. | | | | |
| 58. | | | | |
| 59. | | | | |
| 60. | | | | |
| 61. | | | | |