**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

<u>WITNESS LIST - CRIMINAL</u>

/__/ Preliminary Injunction          /__/ Non-Jury Trial          /X/ Jury Trial

___ FILED     ___ LODGED
___ RECEIVED   ___ COPY

MAR 16 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY Judge Code: 7022 DEPUTY

<u>**United States v. Ahmed Alahmedalabdaloklah**</u>
**CR-12-01263-PHX-ROS**

/__/     PLAINTIFF                              /X/     DEFENDANT

| NAME | G/D | DATE: | |
| --- | --- | --- | --- |
| | | SWORN | APPEARED |
| Ammar Al Shamma | | | |
| Falah Al Shamma | | | |
| Kathleen Bright-Birnbaum | | | |
| Tamiko Bogad | | | |
| James Dempsey | | | |
| Michael Disho | | | |
| Derrick S. Draper | | 3/1/18 | 3/1/18 |
| Taisir El-Qoulaq | | 3/1/18 | 3/1-3/2/18 |
| David Enders | | 3/1/18 | 3/1/18 |
| Christopher Graham | | | |
| Donald L. Hansen | | 3/2/18 | 3/2/18 |
| William Huff | | | |
| Lt. Colonel Joseph L'Etoile | | 3/1/18 | 3/1/18 |
| Richard Low | | | |
| Dina McCarthy, FBI Agent | | 3/2/18 | 3/2/18 |
| Somer Mossa | | | |
| Michael J. Spence, Ph.D. | | | |

1

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

### WITNESS LIST - CRIMINAL

/__/ Preliminary Injunction         /__/ Non-Jury Trial         /X/ Jury Trial         Judge Code: <u>7022</u>

### United States v. Ahmed Alahmedalabdaloklah
### CR-12-01263-PHX-ROS

/__/     PLAINTIFF                         /X/     DEFENDANT

| NAME | G/D | DATE: | |
| --- | --- | --- | --- |
| | | SWORN | APPEARED |
| Ammar Al Shamma | | | |
| Falah Al Shamma | | | |
| Kathleen Bright-Birnbaum | | | |
| Tamiko Bogad | | | |
| James Dempsey | | | |
| Michael Disho | | | |
| Derrick S. Draper | | | |
| Taisir El-Qoulaq | | | |
| David Enders | | | |
| Christopher Graham | | | |
| Donald L. Hansen | | | |
| William Huff | | | |
| Lt. Colonel Joseph L'Etoile | | | |
| Richard Low | | | |
| Dina McCarthy, FBI Agent | | | |
| Somer Mossa | | | |
| Michael J. Spence, Ph.D. | | | |

1

| NAME | G/D | DATE: | |
| --- | --- | --- | --- |
| | | SWORN | APPEARED |
| Andrew Tarasar | | | |
| Stewart Whitson, FBI Agent | | 3/1/18 | 3/1/18 |
| Thomas Workman, Jr. | | 2/28/18 | 2/28/18 & 3/6/18 |
| Joel Rubin | | 3/6/18 | 3/6/18 |
| | | | |
| | | | |

2