FILED ____ LODGED
____ RECEIVED ____ COPY

MAR 16 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Ahmed Alahmedalabdaloklah,<br><br>Defendant. | No. CR-12-01263-001-PHX-ROS<br><br>**JURY QUESTIONS DURING DELIBERATIONS** |

# JURY QUESTION

Question:

What does the term "national of the United States" mean on page #30?

Does it include the coalition forces <u>or</u> <u>Strictly U.S. personnel</u>?

Does it include anyone we entered an agreement with in Iraq (including C.I.'s)?

#4
_____
Juror Number

# JURY QUESTION

Question:

Can we receive an itemized list of the evidence (# of exhibit with description)?

Also, can we see the "closing statement" powerpoint from the prosecution?

#15, #4, #11

Juror Number

## JURY QUESTION

Question:

What benefits did Aldhari receive from U.S.

———————————————

12

Juror Number

# JURY QUESTION

Question:     Charge #6

What is the definition of "terrorist"
in this charge?

_____
Juror Number

# JURY QUESTION

Question:

What was the "business" mr. Oklah
had in iraq?

- years in business?
- what was the DTMF used for?
  i.e. appliances

#11

_____

Juror Number

# JURY QUESTION

Question:   Who owned the Omar facility? McCarthy said She could not disclose at this time. Who owned the 2nd Property at the 2nd Cache the Amiriyah Cache (16237.07)

15
Juror Number

# JURY QUESTION

Question:

Are we able to consider evidence that ~~is this~~ was admitted but not published ~~the~~ to the jury?

— #4, Thank you?

#4
Juror Number

# JURY QUESTION

Question:    "Weapons of Mass Destruction"

Most of us are familiar with this term as the justification to invade Iraq & remove Saddam Hussein from power. In that context it was used to refer to weapons that indiscriminately impact very large numbers of people, generally, over a very large geographic area. The term was explicitly used to include nuclear, chemical & biological weapons.

The instructions to the jurors include what appears to be a partial definition of "Weapons of Mass Destruction." That definition appears to expand the use of the term well beyond that which we have been acquainted with, to include even a landmine or grenade. We would appreciate the complete definition, its source, & when it was enacted

8
_____
Juror Number

# JURY QUESTION

Question:

Can you provide Section 2339A of Title 18 of the United States Code?

#4, #3
Juror Number